COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Joseph Andrew Beach v. Christine Nicole Beach

Appellate case number:    01-19-00123-CV

Trial court case number:   18-DCV-257354

Trial court:               328th District Court of Fort Bend County

On March 19, 2019, this Court declared appellant indigent and ordered the trial court clerk to provide a complete copy of the clerk's record and reporter's record to appellant. On May 17, 2019, appellant filed an incomplete appellant's brief, stating that he does not have a copy of the reporter's record taken on February 4, 2019. On the same day, appellant also filed a motion, attempting to appeal our previous order denying appellant's previous motion for extension of time to file a brief once he has received a copy of the February 4 record. We construe appellant's motion as a motion for extension of time to file his appellate brief.

Pursuant to Texas Rule of Appellate Procedure 34.6, the trial court clerk in the above trial cause number is **ordered** to provide a copy of the February 4, 2019 reporter's record to appellant without cost. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the February 4, 2019 reporter's record to appellant is made. *See* TEX. R. APP. P. 35.3.

Accordingly, we **strike** appellant's incomplete brief filed on May 17, 2019. We **grant** appellant's motion for extension of time to file a brief. Appellant's brief will be due July 15, 2019. *See* TEX. R. APP. P. 38.6(d).

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
               ☒Acting individually    ☐ Acting for the Court

Date: ___May 30, 2019___